UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-61256-BLOOM/VALLE

ROXANA UMANA,

        Plaintiff,

vs.

AMERICAN EXPRESS COMPANY AND NATIONWIDE CREDIT, INC.,

        Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ROXANA UMANA, Defendant/Counter-Plaintiff, AMERICAN EXPRESS NATIONAL BANK F/K/A AMERICAN EXPRESS CENTURION BANK, AND SUCCESSOR-BY-MERGER TO AMERICAN EXPRESS BANK, FSB (incorrectly named as American Express Company)[1] and Defendant NATIONWIDE CREDIT, INC, by and through undersigned counsel, hereby submit this Joint Notice of Settlement and state that the parties have reached a settlement with regard to this case and are presently in the process of effectuating the settlement and preparing dismissal documents. Upon satisfaction of the requirements of the Settlement Agreement, as well as preparation and approval of the dismissal documents, the parties will file the appropriate dismissal documents with the Court.

---

[1] Plaintiff incorrectly named American Express Company as a defendant in this case. The parties agreed to substitute in American Express National Bank, the correct entity, in place of American Express Company in this case. *See* Joint Scheduling Report, Local Rule 6.1(b)(2) Conference Report, ¶ B (filed July 17, 2018) (DE 11). Therefore, this Joint Notice of Settlement is being filed on behalf of American Express National Bank rather than American Express Company.

*TC-0098*

## CONSENT OF COUNSEL FOR DEFENDANTS

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendants has authorized him to affix their electronic signature to this Joint Notice of Settlement.

| | |
|---|---|
| */s/Luis Ugaz*<br>Luis Ugaz, Esq.<br>Florida Bar No.: 786721<br>Loan Lawyers, LLC<br>2150 S. Andrews Ave.<br>Second Floor<br>Ft. Lauderdale, FL 33316<br>Telephone:  (954) 523-4357<br>Facsimile:  (954) 581-2786<br><br>*Counsel for Plaintiff* | /s/*Geri E. Howell*<br>Geri E. Howell, Esq.<br>Florida Bar No.: 0594261<br>Shook, Hardy & Bacon L.L.P.<br>Miami Center, Suite 3200<br>201 S. Biscayne Blvd.<br>Miami, FL 33131<br>Telephone: 305-358-5171<br>Facsimile:  305-358-7470<br><br>*Counsel for Defendant/ Counter-Plaintiff American Express National Bank, f/k/a American Express Centurion Bank and successor-by-merger to American Express Bank, FSB (incorrectly named as American Express Company) and for Defendant Nationwide Credit, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 6, 2018 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Luis Fernando Ugaz, Esq.
E-mail: luis@fight13.com
Secondary E-mail: toni@fight14.com
**LOAN LAWYERS, LLC**
2150 S. Andrews Avenue, 2nd Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786

*Counsel for Plaintiff/Counter-Defendant*

Geri E. Howell, Esq.
E-mail: ghowell@shb.com
Secondary E-mail: coruna@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

*Counsel for Defendant/Counter-Plaintiff American Express National Bank, f/k/a American Express Centurion Bank and successor-by-merger to American Express Bank, FSB (incorrectly named as American Express Company) and for Defendant Nationwide Credit, Inc.*

LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786

*/s/ Luis Ugaz*
Luis Ugaz, Esq.
Florida Bar No. 786721